**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHEEZY PULLIAM**                                                                          **PLAINTIFF**

**v.**                                    **CASE NO.  2:24-CV-00148-BSM**

**EARNEST CHAD RASH**                                                            **DEFENDANT**

**JUDGMENT**

Pursuant to the verdict returned by the jury on February 11, 2026, following three days of trial, judgment is entered in favor of defendant and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE